IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by _RGS_ D.C.
OCT - 7 2009
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

AMERICAN PURCHASING SERVICES, INC.

    Plaintiff,

vs.

PACIFIC INSURANCE COMPANY, LTD.

    Defendant.

_____/

CASE NO.

09-23032

CIV - GOLD

/McALILEY

## NOTICE OF REMOVAL

Defendant, PACIFIC INSURANCE COMPANY, LTD. ("PACIFIC"), pursuant to 28 U.S.C. §1441(a), removes that certain cause of action now pending in the Circuit Court of the Eleventh Judicial Circuit of Florida, in and for Miami-Dade County, styled *American Purchasing Services, Inc. v. Pacific Insurance Company, Ltd.*, Case No. 09-66285 CA 25 ("State Court Action"), wherein Plaintiffs demand judgment against PACIFIC, stating as follows:

    1.    On or about September 22, 2009, Plaintiff served an action against PACIFIC for breach of contract in connection with the insurance claim by Plaintiff American Purchasing Services, Inc. d/b/a American Medical Depot. Plaintiff filed this State Court Action in the Circuit Court of the Eleventh Judicial Circuit of Florida, in and for Miami-Dade County, Florida. Therefore, venue in this Court is proper because Plaintiff's State Court Action is pending in that court which is within the Miami Division of the United States District Court for the Southern District of Florida. A copy of the Complaint is attached as Exhibit A.

    2.    Jurisdiction is proper in this Court. This case is removable, pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1332 because the parties are completely diverse and the amount in controversy exceeds $75,000.00.

10051045-v1

## COMPLETE DIVERSITY EXISTS

3. On information and belief, at the time this Action was filed, at the present time, and at all times material to this Action, Plaintiff is incorporated in the State of Florida, where it does business as American Medical Depot, with its principal place of business located in Opa Locka, Florida. *See* Declaration of Rebecca Levy-Sachs, Esq. in Support of Notice of Removal, Exhibit B.

4. PACIFIC is not a citizen of Florida. It is not incorporated in Florida and does not have its principal place of business in this State. At all times material to this Action (including the present), PACIFIC has been incorporated in and has been a citizen of the State of Connecticut and has had its principal place of business in Hartford, Connecticut. At all times material to this action, PACIFIC has been a foreign corporation doing business in Florida. *See* Complaint ¶ 6. At no time have PACIFIC and Plaintiff been residents or citizens of the same state. *See* Declaration of Rebecca Levy-Sachs, Esq. in Support of Notice of Removal, Exhibit B.

## AMOUNT IN CONTROVERSY EXCEEDS $75,000

5. PACIFIC understands that Plaintiff seeks damages in the Complaint in excess of $75,000. The Plaintiff has asserted that under the insurance policy it is entitled to receive, but has not received, payments in amounts exceeding $700,000 in property damages, $5,000,000 in business interruption damages, and $2,000,000 in extra expenses. Plaintiff now seeks these amounts in damages from PACIFIC.

## ALL PROCEDURAL REQUIREMENTS HAVE BEEN MET

6. Copies of all process, pleadings, and orders served on PACIFIC, and such other papers that are exhibits as required by 28 U.S.C. § 1446, and the Local Rules of this Court, are filed herein. Exhibit A.

7. This Notice is filed this 6th day of October, 2009, within thirty (30) days of receipt of process on September 17, 2009, by the Chief Financial Officer of the State of Florida, who effected service of process upon PACIFIC by forwarding same to PACIFIC on September 22, 2009.

8. Pursuant to 28 U.S.C. § 1446(d), PACIFIC has provided written notice of the filing of the Notice of Removal, along with copies of this Notice of Removal and all attachments, to all adverse parties and with the Clerk of the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida.

WHEREFORE, PACIFIC INSURANCE COMPANY, LTD., prays that this Court exercise jurisdiction over this matter.

Respectfully Submitted,
ROBINSON & COLE LLP

_____
Rebecca Levy-Sachs (596124)
rlevy-sachs@rc.com
1343 Main Street – Suite 400
Sarasota, FL 34236-5635
Tel.: 941/906-6850; Fax: 941/906-6851
*Attorney for Defendant*
*Pacific Insurance Company, Ltd.*

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished by First Class Mail on this 6th day of October, 2009, as follows:

Brenton N. Ver Ploeg, Esq. (171470)
VER PLOEG & LUMPKIN, P.A.
100 S.E. 2nd Street
30th Floor
Miami, FL  33131
Tel.: 305/577-3996; Fax: 305/577-3558
*Attorney for Plaintiff*

_____
Rebecca Levy-Sachs

# EXHIBIT A

09/25/2009 14:50 8605473780 CLAIMS PAGE 01/07



**CORPORATION SERVICE COMPANY**

Policy #
ZG 0031543

# Notice of Service of Process

TMM / ALL
Transmittal Number: 7002667
Date Processed: 09/23/2009

| | |
|---|---|
| Primary Contact: | Mr. Michael Johnson Law Department<br>The Hartford<br>One Hartford Plaza<br>Law Department<br>Hartford, CT 06105 |
| Entity: | Pacific Insurance Company, Limited<br>Entity ID Number 2344509 |
| Entity Served: | Pacific Insurance Company, Ltd. |
| Title of Action: | American Purchasing Services, Inc. vs. Pacific Insurance Company, Ltd. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court: | Miami-Dade County Circuit Court, Florida |
| Case Number: | 09-66285 CA 25 |
| Jurisdiction Served: | Florida |
| Date Served on CSC: | 09/22/2009 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | Chief Financial Officer on September 17, 2009 |
| How Served: | Electronic SOP |
| Sender Information: | Brenton N. Ver Ploeg<br>305-577-3996 |

LAW DEPARTMENT
SEP 24 '09
RECEIVED

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
CSC is SAS70 Type II certified for its Litigation Management System.
2711 Centerville Road Wilmington, DE 19808 (888) 690-2882 | sop@cscinfo.com

09/25/2009  14:50   8605473780                    CLAIMS                                    PAGE  02/07



**ALEX SINK**
**CHIEF FINANCIAL OFFICER**
**STATE OF FLORIDA**
Florida Department of Financial Services


09-50692

AMERICAN PURCHASING SERVICES, INC.,

PLAINTIFF(S),

VS.

PACIFIC INSURANCE COMPANY, LTD.

DEFENDANT(S).
_____/
SUMMONS IN A CIVIL CASE, COMPLAINT, EXHIBIT A

CASE #:      09-66285 CA 25
COURT:       CIRCUIT COURT
COUNTY:      MIAMI-DADE
DFS-SOP#:    09-50692

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by MAIL on the 17th day of September, 2009 and a copy was forwarded by Electronic Delivery on the 22nd day of September, 2009 to the designated agent for the named entity as shown below.

PACIFIC INSURANCE COMPANY, LTD.
LYNETTE COLEMAN  (gbarber@cscinfo.com)
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE FL 32301

* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.08.

*Alex Sink*
Alex Sink
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

BRENTON N. VER PLOEG
VER PLOEG & LUMPKIN, P.A.
30TH FLOOR                                                                TMB
100 SE SECOND STREET
MIAMI FL 33131-2151

Division of Legal Services - Service of Process Section
200 East Gaines Street - P.O. Box 6200 - Tallahassee, Florida 32314-6200 - (850) 413-4200 - Fax (850) 422-2544

09/25/2009 14:50    8605473780                    CLAIMS                              PAGE  03/07

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 09-66285 CA 25

AMERICAN PURCHASING SERVICES, INC.,

    *Plaintiff,*

v.                                                                    SUMMONS IN A CIVIL CASE

PACIFIC INSURANCE COMPANY, LTD.

    *Defendant.*
_____/

TO:   Pacific Insurance Company, Ltd.,
       By Service Upon:
       **Department of Financial Services**
       **Process Section**
       **P.O. Box 6200**
       **Tallahassee, Florida 32314-6200**

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon:

Brenton N. Ver Ploeg, Esq.
Ver Ploeg & Lumpkin, P.A.
100 S.E. 2nd Street, 30th Floor
Miami, Florida 33131
305-577-3996

an answer to the Complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Petition. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____                      ____SEP - 8 2009____
Clerk                                                                                Date

      TYRON BETHEL
_____
By Deputy Clerk



IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 09 - 66285 CA 25

AMERICAN PURCHASING SERVICES, INC.,

*Plaintiff,*

v.

PACIFIC INSURANCE COMPANY, LTD.

*Defendant.*
_____/



## COMPLAINT

Plaintiff, American Purchasing Services, Inc., sues Defendant, Pacific Insurance Company, Ltd. as follows:

### NATURE OF ACTION

1. This is an action for damages arising out of Defendant's failure to properly adjust and pay for an October 2005 windstorm loss covered under a commercial general liability insurance policy issued by Defendant.

### JURISDICTION AND VENUE

2. The amount in controversy exceeds the sum of $15,000.00, exclusive of interest, costs and attorney's fees.

3. Venue is proper in Miami-Dade County, Florida as the insured property is located in Miami-Dade County, Florida and all material events, including Defendant's breach of its obligations under the Policy, occurred in Miami-Dade County, Florida.

4.  All conditions precedent to the institution of this action have occurred, been performed, or have been waived.

## PARTIES

5.  At all material times American Purchasing Services, Inc. was a Florida corporation d/b/a American Medical Depot (hereinafter, "AMD"). At all material times American Purchasing Services, Inc. owned and operated the insured property located in Miami-Dade County, Florida.

6.  At all material times Pacific Insurance Company was a foreign corporation, licensed to sell insurance in Florida and actively engaged in the business of selling insurance in Miami-Dade County, Florida.

## THE INSURANCE CONTRACT

7.  Pacific issued and delivered a commercial general liability insurance policy to AMD, Policy number ZG0031543.

8.  The Policy provided coverage for windstorm claims, including property damage and business interruption losses. *See* Pacific Policy, attached as Exhibit A.

9.  All premiums were timely paid by AMD and the Policy was in full force and effect on October 24, 2005.

## COUNT I – BREACH OF CONTRACT

10.  On October 24, 2005, AMD suffered substantial losses due to the effects of Hurricane Wilma.

11.  The damages and resulting losses caused by Hurricane Wilma were covered under the Policy, and no exclusions or conditions exist to bar coverage.

12. AMD promptly reported the loss and complied with all conditions under the Policy and all conditions precedent to this action.

13. The Policy is a legal contract, enforceable in Florida under Florida law.

14. AMD employed experts to document and quantify its losses, and has provided extensive proof of same to Pacific. Despite repeated demands by AMD, however, Pacific refused and continues to refuse to pay the full amounts owed under the Policy's terms.

15. Pacific's delay in fairly and honestly adjusting the claim at issue is a breach of the Policy, and as a result, Pacific is barred from enforcing Policy provisions such as Appraisal. In the alternative, should the Court find that the Appraisal provision has not been waived, AMD demands that Pacific be compelled to comply with the Policy's Appraisal provisions in an expeditious manner and to name their Appraiser forthwith.

16. As a result of Pacific's breach of the Policy, AMD suffered damages and was compelled to retain the undersigned to represent its interests in this matter.

WHEREFORE, Plaintiff demands judgment against Pacific Insurance Company for all proceeds due under the Policy, pre- and post-judgment interest, attorney's fees and costs pursuant to Fla. Stat. §627.428, and any further relief that this Court deems equitable, just and proper.

10585_1
A028.100

3

Complaint

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, THIRTIETH FLOOR, MIAMI, FLORIDA 33131  TEL. (305) 577-3996  FAX 577-3558

09/25/2009  14:50    8605473780                    CLAIMS                              PAGE  07/07

## TRIAL BY JURY

American Purchasing Services, Inc. demands trial by jury of all issues so triable.

Dated this 8th day of September, 2009.

Respectfully submitted,

VER PLOEG & LUMPKIN, P.A.
100 S.E. 2nd Street
30th Floor
Miami, FL 33131
Tel: (305) 577-3996
Fax: (305) 577 3558

*[signature]* FBN 0014516

Brenton N. Ver Ploeg, Esq.
Florida Bar No. 171470
Stephen A. Marino, Jr., Esq.
Florida Bar No. 0079170
*Attorneys for Plaintiff*

80585_1
A028.100

4

Complaint

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, THIRTIETH FLOOR, MIAMI, FLORIDA 33131   TEL. (305) 577-3996  FAX 577-3558

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

AMERICAN PURCHASING SERVICES, INC.

        Plaintiff,

CASE NO.

vs.

PACIFIC INSURANCE COMPANY, LTD.

        Defendant.
_____/

### DECLARATION OF REBECCA LEVY-SACHS, ESQUIRE IN SUPPORT OF NOTICE OF REMOVAL

STATE OF FLORIDA    )
                              ) ss:
COUNTY OF SARASOTA  )

       Before me, the undersigned officer, duly authorized to administer oath, personally appeared REBECCA LEVY-SACHS, ESQUIRE who being duly sworn according to law did depose and states:

1.    I, REBECCA LEVY-SACHS, ESQUIRE, am over the age of eighteen, have personal knowledge of the facts and matters set forth herein, and am competent to testify as to the facts and matters set forth herein.

2.    I am an attorney at the law firm of Robinson & Cole, LLP, counsel for PACIFIC INSURANCE COMPANY, LTD. ("PACIFIC"), Defendant in the above-captioned action.

3.    Upon information and belief, Plaintiff seeks damages of over $75,000.00, exclusive of interest and fees. The Plaintiff has asserted that under the insurance policy it is entitled to receive, but has not received, payments in amounts exceeding $700,000 in property damages,

10051052-v1

$5,000,000 in business interruption damages, and $2,000,000 in extra expenses. Plaintiff now seeks these amounts in damages from PACIFIC.

4. Upon information and belief there is complete diversity between Plaintiff and Defendant. Plaintiff is incorporated in the State of Florida, where it does business as American Medical Depot, with its principal place of business located in Opa Locka, Florida. Defendant is incorporated in the State of Connecticut, with its principal place of business located in Hartford, Connecticut. PACIFIC is not a citizen of Florida, is not incorporated in Florida, and does not have its principal place of business in Florida.

5. The Notice of Removal which these Declarations support is filed this 6th day of October, 2009, within thirty (30) days of receipt of process on September 17, 2009, by the Chief Financial Officer of the State of Florida, who effected service of process upon PACIFIC by forwarding same to PACIFIC on September 22, 2009.

I HEREBY SWEAR AND AFFIRM UNDER PENALTY OF PERJURY THAT THE FOREGOING IS BASED UPON PERSONAL KNOWLEDGE AND IS TRUE AND CORRECT.

_____
Rebecca Levy-Sachs, Esq.

STATE OF FLORIDA      )
                      )
COUNTY OF SARASOTA    )

The foregoing instrument was acknowledged before me this 6th day of October, 2009, by REBECCA LEVY-SACHS, ESQUIRE, who is personally known to me.

_____
(Signature of person taking acknowledgment)



Notary Public State of Florida
Deborah Ann Kromish
My Commission DD915014
Expires 08/10/2013

- 3 -

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished by First Class Mail on this 6th day of October, 2009, as follows:

Brenton N. Ver Ploeg, Esq. (171470)
Stephen A. Marino, Jr., Esq. (0079170)
VER PLOEG & LUMPKIN, P.A.
100 S.E. 2nd Street
30th Floor
Miami, FL  33131
Tel.: 305/577-3996; Fax: 305/577-3558

_Rebecca Levy-Sachs_
Rebecca Levy-Sachs

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

09-23032

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

FILED by RGS
OCT - 7 2009
STEVEN M. LARIMORE
CLERK U S DIST CT
S. D. of FLA - MIAMI

### I. (a) PLAINTIFFS
American Purchasing Services, Inc.

### DEFENDANTS
Pacific Insurance Company

**(b)** County of Residence of First Listed Plaintiff  Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Hartford, CT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Brenton N. Ver Ploeg, Ver Ploeg & Lumpkin, P.A.
100 S.E. 2nd Street, 30th Floor, Miami, FL 33131
305-577-3996

Attorneys (If Known)
Rebecca Levy-Sachs, Robinson & Cole, LLP, 1343 Main St., Suite 400, Sarasota, FL 34236, 941-906-6850

CIV-GOLD
McALILEY

**(d)** Check County Where Action Arose: ✓ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
✓ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ✓ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ✓ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ✗ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | IMMIGRATION | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

### V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
✓ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ✓ NO    b) Related Cases ☐ YES ✓ NO
JUDGE                                                                 DOCKET NUMBER

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Sec. 1441(a); 28 U.S.C. Sec. 1332

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 7.5M
CHECK YES only if demanded in complaint:
JURY DEMAND:  ✓ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD  *Rebecca Levy-Sachs*    DATE

FOR OFFICE USE ONLY
AMOUNT $350    RECEIPT # 1009620
10/07/09